UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SALT LIFE, LLC,

      Plaintiff,

v.                                       Case No. 2:20-cv-590-JLB-NPM

SALT LIFE TRANSPORTATION, LLC
and DONALD BISHOP,

      Defendants.

_____

## ORDER

Before the Court is Plaintiff Salt Life, LLC's Motion to Compel or Alternatively, for an Order to Show Cause (Doc. 33). Despite several attempts by plaintiff counsel to schedule and conduct the initial conference required by Rule 26(f) and Local Rule 3.02, pro se defendant Donald Bishop has refused to participate. Fed. R. Civ. P. 26(f); M.D. Fla. R. 3.02.

The Court hereby **GRANTS** the motion and **ORDERS** Bishop to meet in person or by phone or video with plaintiff counsel and jointly file a Case Management Report by **June 9, 2021**. Alternatively, by **June 9, 2021**, defendant Donald Bishop is ordered to show cause, in writing, why a default should not be entered against him for failure to meet as ordered.

Also, Bishop may not appear on behalf of or represent Defendant Salt Life Transportation, LLC—only a lawyer may do so. M.D. Fla. R. 2.02(b)(2); (Doc. 34). Since the Defendant LLC is still in Clerk's default and no appearance has been made on its behalf, Plaintiff is directed to apply for default judgment within 35 days of this Order or file a paper identifying each unresolved issue necessary to entry of the default judgment. *See* M.D. Fla. R. 1.10(c).

**DONE** and **ORDERED** in Fort Myers, Florida on May 26, 2021.

NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE