UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SALT LIFE, LLC,

    Plaintiff,

v.                                              Case No:  2:20-cv-590-JLB-NPM

SALT LIFE TRANSPORTATION,
LLC and DONALD BISHOP,

    Defendants.
_____/

## ORDER

    The Magistrate Judge has entered a Report and Recommendation, recommending that the Court grant default judgment against defendants on all counts in the amended complaint (Doc. 22) except counts 8 through 13. (Doc. 71). No party has objected, and the time to do so has expired.

    A district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

    Here, after an independent review of the record, and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

1

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Doc. 71) is **ADOPTED** and made part of this Order for all purposes.

2. Default judgment is **GRANTED** against defendants on all counts in the amended complaint (Doc. 22) except counts 8 through 13.

3. Counts 8 through 13 of the amended complaint are **DISMISSED without prejudice** because each of the claims is a form of secondary liability, and since Bishop is directly liable for infringement, false designation of origin, and dilution, secondary liability for these same claims would be duplicative. (*See* Doc. 71 at 10).

4. Salt Life Transportation's ("SLT") Florida trademark registration (No. T19000000984) is **CANCELLED** pursuant to Fla. Stat. § 495.101(3)(f).

5. Defendants are **ENJOINED** from any further use or depiction of "Salt Life" and any phrase containing "Salt Life" such as "Salt Life Transportation" used in connection with any goods, services, advertising, or promotion, including but not limited to use or depiction on SLT's website and social media pages utilized for its business operations.

6. Defendants are **DIRECTED** to turn over for destruction all advertisements, materials, and products that include defendants' depiction of "Salt Life" or any phrase containing "Salt Life" such as "Salt Life Transportation."

7. Defendants are **DIRECTED** to file with the Court and serve on Salt Life within thirty days after the service on defendants of the Court's injunction, a

      report in writing under oath setting forth in detail the manner and form in which defendants have complied with the injunction. *See* 15 U.S.C. § 1116(a).

8. Salt Life is **AWARDED $104,564.19** as well as the **$2,100** overdue payment from Salt Life's Rule 16(f)(2) award (Doc. 60) for a **TOTAL** damages award of **$106,664.19**.

9. The Clerk of Court is **DIRECTED** to enter default judgment in favor of Salt Life in accordance with the above.

10. On or before September 15, 2023, Salt Life may request attorney's fees.

11. The Clerk of Court is further **DIRECTED** to terminate any pending deadlines and motions and close the file.

      **ORDERED** at Fort Myers, Florida on August 16, 2023.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE