UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**SALT LIFE, LLC,**

    Plaintiff,

v.  2:20-cv-590-JLB-NPM

**SALT LIFE TRANSPORTATION, LLC,**
and **DONALD BISHOP,**

    Defendants.

## ORDER

Plaintiff Salt Life, LLC, requests an order requiring defendants Donald Bishop and Salt Life Transportation, LLC, to provide fact information sheets. (Doc. 81). This court previously granted default judgment in plaintiff Salt Life's favor. (Doc. 72). Under Civil Rule 69(a)(2), a "judgment creditor… may obtain discovery from any person -including the judgment debtor- as provided…by the procedure of the state where the court is located." Under Florida Civil Rule 1.560(b), a court may order a judgment debtor to complete a fact information sheet (Form 1.977) and its required attachments within a reasonable time determined by the court.

The court orders that both Bishop and Salt Life Transportation provide Salt Life with their fact information sheets, and all required attachments, by March 24, 2025.[1]

---

[1] Bishop must serve a Form 1.977(a) and Salt Life Transportation must serve a Form 1.977(b).

- 2 -

**ORDERED** on February 4, 2025

_____
NICHOLAS P. MIZELL
United States Magistrate Judge